IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff
Zane Murdock
675 E Santa Clara St #14
Ventura, CA 93001
914-258-9477
zane@huckdoll.club

Defendant
Hu Master Holdings, LLC
100 Deforest Ave
East Hanover, NJ 07936

Plaintiff's motion for default is DENIED without prejudice. Plaintiff should file a Proposed Clerk's Certificate of Default (available at https://www.nysd.uscourts.gov/forms/clerks-certificate-default), in accordance with Local Rule 55.1, before moving for a default judgment. Plaintiff should also review the Court's Individual Practices in Civil Cases (available at https://nysd.uscourts.gov/hon-arun-subramanian) before filing a motion for default judgment. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 14. SO ORDERED.

Arun Subramanian, U.S.D.J.

Date: September 18, 2026

Civil Action No. 1:26-cv-05132-AS

**PLAINTIFF'S MOTION FOR DEFAULT**

Plaintiff Zane Murdock (herein “Plaintiff”) files a motion for default against Defendant Hu Master Holdings, LLC (herein "Defendant") for failing to respond to the Complaint in the above captioned case properly or timely. Based on information and belief, Defendant had at least through September 11, 2026 to answer or respond to the Complaint properly or timely, and Defendant failed. According to Fed.R.Civ.P. Rule 55(a) “the clerk must enter (Defendant's) default”.

DATE: September 15, 2026

Signed: ZBM

Plaintiff
Zane Murdock
675 E Santa Clara St #14
Ventura, CA 93001
914-258-9477
zane@huckdoll.club